UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 2:16-cr-110** |
| **ZANDREA JOHNSON** | **SECTION "T" (4)** |

## ORDER

**IT IS ORDERED** that Craig H. Stewart be and Mover is hereby recognized as attorney for Zandrea Johnson.

_____
HONORABLE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE